**SEALED**

FILED
AUG 22 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF:<br><br>KAISER PERMANENTE PHARMACY # 833<br>3800 DALE ROAD<br>MODESTO, CA 95357 | MAGISTRATE DOCKET NO.<br><br>1: 1 4 SW  0 0 1 6 4 GSA<br><br>**SEALING ORDER** |

The Court, having considered the United States' Application for an Order Sealing documents pertaining to the application for an Administrative Inspection Warrant of the Pharmacy referenced above, and finding good cause therefor, hereby ORDERS:

1. The above captioned case shall be filed under SEAL;

2. Except as stated below, the seal shall remain in effect UNTIL THE EARLIER of the filing of the Warrant for Inspection – Return Accounting for Items Seized, or further order of this Court; and

3. Drug Enforcement Administration (DEA) Diversion Investigator Rachel Aranas and any other duly authorized DEA investigator or agent may SERVE the Warrant for Inspection on a Kaiser Permanente Pharmacy #833 representative at the time DEA conducts the inspection.

Dated: August 22, 2014

_____
GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER

1