

**FILED**
SEP 3 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF: | MAGISTRATE DOCKET NO. 1:14-SW-00164 GSA |
| KAISER PERMANENTE PHARMACY #833 3800 DALE ROAD MODESTO, CA 95357 | **UNSEALING ORDER** **(FILED UNDER SEAL)** |

The Court, having considered the United States' Application for an Order Lifting the Seal of the above-captioned matter (the Application), and finding good cause therefor, hereby ORDERS that:

1. The Application is GRANTED; and

2. All previously sealed documents are hereby UNSEALED.

Dated: September 3, 2014

_____
GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE

UNSEALING ORDER                                                                                                      1